MAE SCHERR et al., Respondents, v. GRACE LINE, INC., Appellant.—

Rabin, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.